**Opinion issued October 10, 2019**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-19-00119-CV

———————————

## IN RE 1301 FANNIN OWNER, LP, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator, 1301 Fannin Owner, L.P., has filed a petition for writ of mandamus challenging the trial court's order compelling relator to produce documents regarding the 2015 sale of the property at issue in the underlying case.[1] We deny the petition. We dismiss any pending motions as moot.

---

[1]     The underlying case is *1301 Fannin Owner, L.P. v. Harris County Appraisal District*, cause number 2017-61367, pending in the 190th District Court of Harris County, Texas, the Honorable Beau A. Miller presiding.

# PER CURIAM

Panel consists of Justices Lloyd, Goodman, and Landau.